838 F.2d 463
 U.S.
v.
Shea (Thomas W.), Smith (Jay Wallace), Fernandez (Cesar A.
Mendoza), Petrone (Steven P.), Cooper (Gregory W.),
McKinney (Charles A.), a/k/a Mac, Sellars (Richard P.),
a/k/a Ricardo, Sorve (Alexander P.), White (Rick), Thornton
(Fnu), a/k/a Bucky, Petrone (Daniel)
 NOS. 86-3705, 87-3221
 United States Court of Appeals,
Third Circuit.
 DEC 22, 1987
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.